# Exhibit C

United States Postal Service ®

# CERTIFIED MAIL®

*394156*

FIRST-CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300

US POSTAGE **PITNEY BOWES**

ZIP 77060  **$ 006.33⁰**
02 7W
0000057693 JAN 30 2026



Shelby Johnson
Internal Revenue Service
12941 North Freeway, MS 4601-HNW
Houston TX 77060-1241



9307 1001 1300 0194 1516 66

SEQ# 0000001

WELLS FARGO BANK, N.A.
LEGAL ORDER PROCESSING CENTER EAST
MAC:D1111-016
PO BOX 1415
CHARLOTTE NC 28201-1415



United States Postal Service®

**CERTIFIED MAIL**®

394156

FIRST-CLASS



US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
**US POSTAGE** PITNEY BOWES

ZIP 77060    **$ 006.62⁰**
02  7W
0000057693 JAN 30 2026



Shelby Johnson
Internal Revenue Service
12941 North Freeway, MS 4601-HNW
Houston TX 77060-1241

**IRS**

SEQ# 0000001

9307 1001 1300 0194 1515 12

FIRST CITIZENS BANK, FORMERLY SILICON VALLEY B
100 E TRYON RD
RALEIGH NC 27603-3581

**2**